In the Interest of W.L. and C.L.

David Kierst, Juvenile Officer, Respondent,

v.

L.L. (Father), Appellant,

and

M.L. (Mother), Defendant.

No. WD 59008.

Missouri Court of Appeals, Western District.

June 5, 2001.

Mary K. O'Malley and Kimberly A. Carrington, Kansas City, MO, Attorneys for Respondent.

Laurie Vaskov Snell, Kansas City, MO, Attorney for Appellant.

Ellen Day Jervis, Kansas City, MO, Guardian ad litem.

Before EDWIN H. SMITH, P.J., SMART and HOWARD, JJ.

### Order

PER CURIAM.

The natural father, L.L., appeals from the trial court's termination of his parental rights to C.L. and W.L.

Judgment affirmed. Rule 84.16(b).